IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| VIOLETA BURSUC,<br><br>        Plaintiff,<br><br>    v.<br><br>PAUL HEGARTY and SEAN MCANENA,<br><br>        Defendants. | Civil No. 09-5620 (NLH/AMD) |

**ORDER ON INFORMAL APPLICATION**

      This matter comes before the Court by way of letter request dated October 27, 2011 from Norman W. Briggs, Esquire, counsel for plaintiff, requesting that trial counsel be excused from attending the Final Pretrial Conference currently scheduled for November 2, 2011; and the Court noting that defense counsel has no objection to this application; and the Court having determined that trial counsel is required to attend; and for good cause shown:

**IT IS** this **28th** day of **October 2011**, hereby **ORDERED**:

    1. The Court will **RESCHEDULE** the November 2, 2011 Final Pretrial Conference to **November 18, 2011 at 1:30 P.M.**. The form Joint Final Pretrial Order (original and two copies for the Court, with sufficient copies for all counsel), as signed by all counsel, shall be delivered to the Court at the conference. **FAILURE TO APPEAR AT THIS CONFERENCE WILL LEAD TO THE IMPOSITION OF SANCTIONS, INCLUDING COSTS.**

    **TRIAL COUNSEL MUST APPEAR AT THE FINAL PRETRIAL CONFERENCE UNLESS SPECIFICALLY EXCUSED BY THE COURT.** F<small>ED</small>. R. C<small>IV</small>. P. 16(d).

                                         s/ Ann Marie Donio
                                         ANN MARIE DONIO
                                         United States Magistrate Judge

cc: Hon. Noel L. Hillman